

**NUMBER 13-13-00641-CV**

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOSE ALFREDO GARCIA,                                                    Appellant,

v.

CARLOS ABREGO,                                                            Appellee.

### On appeal from the 404th District Court
### of Cameron County, Texas.

# ORDER

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

Appellant, Jose Alfredo Garcia, appearing pro se, has filed an application to proceed in forma pauperis with supporting documentation.

Accordingly, we issue this notice and order, accompanied by "Application to Proceed in Forma Pauperis with Supporting Documentation," to the trial court and the court reporter, and all parties. *See* Tex. R. App. P. 20.1. The deadline for filing a

contest to Garcia's request to proceed as an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed the
2nd day of January, 2014.